**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Marcos Gonzalez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>**CITIBANK, N.A. and THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION;**<br>    Defendant. | **Case No.:** 5:24-cv-01620-SSS-DTB<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Plaintiff Marcos Gonzalez ("Plaintiff") and Defendants Citibank, N.A. and The Moore Law Group, A Professional Corporation (collectively, the "Parties") have agreed to settle the above-captioned action.

The Parties anticipate that they will finalize the settlement agreement and a stipulation for dismissal of this action with prejudice or a status report will be forthcoming within ninety (90) days from the date of this Notice. The Parties respectfully request that the Court vacate any upcoming hearings or deadlines in this matter in light of the Parties' settlement.

Dated: January 16, 2026                    Respectfully submitted,

                                                       **KAZEROUNI LAW GROUP, APC**

                                        By:   */s/ Gustavo Ponce*
                                                  GUSTAVO PONCE, ESQ.
                                                  *Attorneys for Plaintiff*

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 6787 W. Tropicana Ave., Suite 250, Las Vegas, Nevada 89103. On January 16, 2026, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and Nevada that the above is true and correct. Executed on January 16, 2026, at Las Vegas, Nevada.

                                         */s/ Gustavo Ponce*
                                         GUSTAVO PONCE